**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Abbott Laboratories, et al.

                          Plaintiff,

v.                                       Case No.: 1:08−cv−06659
                                          Honorable Charles P. Kocoras

Teva Pharmaceuticals USA, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2009:

      MINUTE entry before the Honorable Charles P. Kocoras: Hearing on motion held on 10/14/2009. The parties agreed motion to extend the close of fact discovery [42] is granted to and including 1/28/2010 as stated in open court. No further extensions will be allowed. Status hearing set for 11/5/2009 is stricken and reset to 1/20/2010 at 9:30 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.