IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, and WISCONSIN ALUMNI RESEARCH FOUNDATION<br><br>Plaintiffs,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>Defendants. | Case No. 08 CV 6659<br><br>Judge Kocoras<br><br>Magistrate Judge Keys |

NOTICE OF MOTION

TO:  Bruce M. Gagala              Daryl L. Wiesen, Esq.       Michael Beck, Esq.
     Ashlee B. Mehl               Goodwin Procter LLP         Annemarie Hassett, Esq.
     Leydig Voit & Mayer, Ltd.    Exchange Place              Goodwin Procter LLP
     Two Prudential Plaza         53 State Street             The New York Times
     180 N. Stetson Avenue, Ste.4900  Boston, MA 02109        Building
     Chicago, IL 60606                                        620 Eighth Avenue
                                                              New York, NY 10018

PLEASE TAKE NOTICE that on Thursday, January 28, 2010 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Charles P. Kocoras in room 1725 at the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present the attached Plaintiffs' Motion to Compel Production of Documents and Witnesses ("Motion"), a copy of which is hereby served upon you. Plaintiffs' Motion was not noticed for an earlier date to accommodate a request from Teva's counsel resulting from a family medical emergency.

862514.1

Dated: January 15, 2010

Respectfully submitted,

ABBOTT LABORATORIES and
WISCONSIN ALUMNI RESEARCH
FOUNDATION

By: /s/ Claudia M. Rustad

Lynn H. Murray
Claudia M. Rustad
GRIPPO & ELDEN, LLC
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

Michael A. Morin
David P. Frazier
Robert F. Shaffer
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Plaintiffs Abbott Laboratories and
Wisconsin Alumni Research Foundation*