# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, and WISCONSIN ALUMNI RESEARCH FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>Defendant. | **Civil Action No. 08-CV-6659**<br><br>Judge Kocoras<br><br>Magistrate Judge Keys<br><br>**PUBLIC VERSION** |

## PLAINTIFFS' MOTION TO PLACE DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2 and the April 3, 2009 Protective Order (Docket No. 37), Plaintiffs Abbott Laboratories and Wisconsin Alumni Research Foundation ("WARF"), respectfully request permission to file the following documents under seal:

1. Plaintiffs' Reply in Support of Motion to Compel Production of Documents and Witnesses (attached hereto as Exhibit A, to be filed on ECF upon entry of an Order granting this Motion); and

2. Exhibit H (Bates number WARF00008359) to Plaintiffs' Reply, which is a December 30, 1993 letter from Kenneth Johnson, licensing associate at WARF, to Dr. Doron Shinar, project manager at Teva Pharmaceuticals, regarding a confidentiality agreement (attached hereto as Exhibit B, to be filed on ECF upon entry of an Order granting this Motion).

These documents contain information designated by the parties as confidential, pursuant to the Stipulated Protective Order for this case. Moreover, this information would prejudice the

868038.1

parties if disclosed to third parties and the public. *See Baxter Int'l v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002). Specifically, the documents reflect a confidential business negotiation, which, if revealed, could cause harm to WARF in future negotiations.

Therefore, Plaintiffs respectfully request that the foregoing documents be placed under seal.

Dated: January 26, 2010

Respectfully submitted,

By: /s/ Claudia M. Rustad

Lynn H. Murray
Claudia M. Rustad
GRIPPO & ELDEN, LLC
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

lmurray@grippoelden.com
cmrustad@grippoelden.com

Michael A. Morin
David P. Frazier
Robert F. Shaffer
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Abbott Laboratories and Wisconsin Alumni Research Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010, a copy of the foregoing Plaintiffs' Notice of Motion and accompanying Plaintiffs' Motion to Place Documents Under Seal was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system.

| | | |
|---|---|---|
| Bruce M. Gagala, Esq.<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 4900<br>Chicago, IL 60601-6731<br>(312) 616-5600<br>BGagala@leydig.com | Michael Beck, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>MBeck@goodwinprocter.com | Annemarie Hassett, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>AHassett@goodwinprocter.com |

/s/ Claudia M. Rustad
*Attorney for Plaintiffs Abbott Laboratories and Wisconsin Alumni Research Foundation*