# EXHIBIT A

## DOCUMENT TO BE FILED UNDER SEAL UPON ENTRY OF AN ORDER GRANTING PLAINTIFFS' MOTION TO PLACE DOCUMENTS UNDER SEAL FILED JANUARY 26, 2010