IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, and WISCONSIN ) ALUMNI RESEARCH FOUNDATION ) ) | |
| Plaintiffs, ) ) | **Civil Action No. 08-CV-6659** |
| v. ) ) | Judge Kocoras |
| TEVA PHARMACEUTICALS USA, INC., and ) TEVA PHARMACEUTICAL INDUSTRIES ) LTD. ) ) | Magistrate Judge Keys |
| Defendant. ) ) | |

### NOTICE OF MOTION

TO:

| | | |
|---|---|---|
| Bruce M. Gagala, Esq. | Michael Beck, Esq. | Annemarie Hassett, Esq. |
| LEYDIG, VOIT & MAYER, | GOODWIN PROCTER LLP | GOODWIN PROCTER LLP |
| LTD. | The New York Times Building | The New York Times Building |
| Two Prudential Plaza | 620 Eighth Avenue | 620 Eighth Avenue |
| 180 North Stetson Avenue | New York, NY 10018 | New York, NY 10018 |
| Suite 4900 | (212) 813-8800 | (212) 813-8800 |
| Chicago, IL 60601-6731 | MBeck@goodwinprocter.com | AHassett@goodwinprocter.com |
| (312) 616-5600 | | |
| BGagala@leydig.com | | |

PLEASE TAKE NOTICE that on Thursday, January 28, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Charles P. Kocoras in Room 1725 at the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, to present PLAINTIFFS ABBOTT LABORATORIES' and WISCONSIN ALUMNI RESEARCH FOUNDATION'S MOTION TO PLACE DOCUMENTS UNDER SEAL.

Dated: January 26, 2010

Respectfully submitted,

By: /s/ Claudia M. Rustad

Lynn H. Murray
Claudia M. Rustad
GRIPPO & ELDEN, LLC
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

lmurray@grippoelden.com
cmrustad@grippoelden.com

Michael A. Morin
David P. Frazier
Robert F. Shaffer
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Abbott Laboratories and*
*Wisconsin Alumni Research Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010, a copy of the foregoing Plaintiffs' Notice of

Motion and accompanying Plaintiffs' Motion to Place Documents Under Seal was filed

electronically.  Notice of this filing will be sent to the following by operation of the Court's

electronic filing system.

| | | |
|---|---|---|
| Bruce M. Gagala, Esq.<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 4900<br>Chicago, IL 60601-6731<br>(312) 616-5600<br>BGagala@leydig.com | Michael Beck, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>MBeck@goodwinprocter.com | Annemarie Hassett, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>AHassett@goodwinprocter.com |

/s/  Claudia M. Rustad
*Attorney for Plaintiffs Abbott Laboratories and*
*Wisconsin Alumni Research Foundation*