## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

Abbott Laboratories, et al.

                              Plaintiff,

v.                                                                Case No.: 1:08−cv−06659
                                                                   Honorable Charles P. Kocoras

Teva Pharmaceuticals USA, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2010:

      MINUTE entry before Honorable Charles P. Kocoras:Status and motion hearing held on 1/28/2010. Defendants' motion (Doc [64]) and plaintiffs' motion (Doc [66]) for leave to file documents under seal are granted. Plaintiffs' motion (Doc [59]) to compel is granted in part and denied in part as discussed in open court. All discovery, including expert discovery, to be completed by 7/30/2010. Status hearing continued to 8/12/2010 at 9:30 a.m. Should Alissa Keely Lipton, and John Derek McCorquindale of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP wish to continue receiving notices from the Clerk of Court, they are directed to supply the Clerk of Court with their email addresses to be included on the face of the docket sheet. Failure will result in said counsel not receiving further notices from the court.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.